**Order entered October 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00339-CR**
**No. 05-20-00347-CR**
**No. 05-20-00348-CR**

**TERRY DICKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-52315-V, F18-52318-V & F20-00007-V**

**ORDER**

Before the Court is appellant's October 5, 2020 fourth motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before November 5, 2020. Appellant is cautioned that further extensions are disfavored.

/s/    LANA MYERS
       JUSTICE